IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTONIO T. MARTIN,

    Petitioner,

vs.                                                 4:07-CV-517-SPM/WCS

JAMES McDONOUGH,

    Respondent.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the magistrate judge's Report and Recommendation (doc.8).  On January 11, 2008, the magistrate judge directed Plaintiff to file an amended petition.  As of April 3, 2008, Plaintiff was still not in compliance of this order.  The parties have been furnished a copy of the magistrate's order recommending dismissal of this case and have been afforded an opportunity to file objections.  There has been no response from either party.

Accordingly, pursuant to Title 28, United States Code, Section 636(b)(1), it is hereby **ORDERED AND ADJUDGED** as follows:

1.     The magistrate judge's Report and Recommendation (doc. 8) is adopted and incorporated by reference in this order.

2.     This case is *dismissed* without prejudice for failure to prosecute and

failure to obey an order of the Court.

**DONE AND ORDERED** this <u>fourth</u> day of April, 2008.


_s/ Stephan P. Mickle_
Stephan P. Mickle
United States District Judge